UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM HENRY RIESE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 5:22-CR-050136-01-KES<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING VARIOUS MOTIONS |

Defendant, William Henry Riese, filed various pre-trial motions. *See* Docket 135; Docket 141; Docket 143; Docket 144. As relevant here, Riese filed 1) a motion to order the Government to "provide [f]actual [e]vidence to support interstate commerce[,]"; 2) a motion to dismiss Counts 1, 2, 3, and 4 of the Indictment; 3) a motion to challenge the grand jury and its jurors; and 4) another motion to dismiss based off the alleged deficient grand jury. Docket 135; Docket 141; Docket 143; Docket 144. On May 23, 2024, Magistrate Judge Wollmann issued a Report and Recommendation, recommending this court deny all of these motions. *See* Docket 167 at 3, 10, 13. The deadline to file objections to this Report has passed, *see* 28 U.S.C. § 636(b)(1).

After a de novo review, it is

ORDERED that the Report and Recommendation (Docket 167) is adopted in full, and Riese's motions (Docket 135, Docket 141, Docket 143, and Docket 144) are denied.

Dated July 11, 2024.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE